FILED

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Crim. Action No. 00-0402 (JR) |
| ETHELBERT DAWSON, JR., | : |
| Defendant. | : |

### MEMORANDUM

In preparation for the status conference scheduled for September 12, 2007, counsel will want to know that 18 U.S.C. § 4241 was recently amended, and now reads:

> At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, <u>or at any time after the commencement of probation or supervised release and prior to the completion of the sentence</u>, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

18 U.S.C. § 4241 (2006) (emphasis added).

_____
JAMES ROBERTSON
United States District Judge